No. 387. CAPE FEAR RAILWAYS, INC., *v.* UNITED STATES
ET AL. Appeal from the District Court of the United
States for the Eastern District of Virginia. Argued January 18, 1935. Decided January 21, 1935. *Per Curiam:*
Decree affirmed. *Mississippi Valley Barge Co.* v. *United
States,* 292 U. S. 282, 286; *Florida* v. *United States,* 292
U. S. 1, 9; *Nashville, C. & St. L. Ry.* v. *Tennessee,* 262
U. S. 318, 324; *Edward Hines Trustees* v. *United States,*
263 U. S. 143, 148; *Chicago, I. & L. Ry.* v. *United States,*
270 U. S. 287, 295. *Mr. Moultrie Hitt,* with whom *Mr.
G. Kirby Munson* was on the brief, for appellant. *Solicitor General Biggs, Assistant Attorney General Stephens,*
and *Messrs. Daniel W. Knowlton, Elmer B. Collins,* and
*J. Stanley Payne* filed a brief on behalf of the United
States and Interstate Commerce Commission, appellees.
*Messrs. Richard B. Gwathmey, Thomas W. Davis,* and
*Frank W. Gwathmey* filed a brief on behalf of the Atlantic Coast Line R. Co., appellee.

No. 18, original. UNITED STATES *v.* ARIZONA. Motion
submitted January 18, 1935. Decided January 21, 1935.
A rule is ordered to issue requiring the defendant to show
cause, on or before February 4, next, why an order should
not issue restraining interference by the defendant,
Arizona, its officers, agents, and employees, with the
construction of Parker Dam pending the final determination of this suit.

No. 16, original. NEBRASKA *v.* WYOMING. January 21,
1935. Motion to dismiss submitted by *Mr. Joseph C.
O'Mahoney* in behalf of counsel for defendant.

No. —; original. EX PARTE CALLAHAN. February 4,
1935. Motion for leave to file petition for writ of habeas
corpus denied. *Miss Sophy Callahan, pro se.*